UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Yannis Bonikos, et al

v

Foodoni NY 23 Corp. et al

Index No.: **1:17-cv-02162-AMD-RLM**

## NOTICE OF BANKRUPTCY

Defendant Panos Seretis, by and through his undersigned attorney, T. Bryce Jones, hereby notifies the Court that he has filed a petition for relief under Title 11, United States Code, in the United States Bankruptcy Court for the Southern District of New York, which bears the case number 1:18-bk-11852.

This action is founded on a claim from which a discharge would be a release or that seeks to impose a charge on the property of the estate.

**WHEREFORE,** Defendant suggests that this action has been stayed by the operation of 11 U.S.C. § 362.

Dated: June 20, 2018
New York, New York

By:   /s/ T. Bryce Jones, Esq.
T. Bryce Jones, Esq.
43 W. 43rd St., Ste. 180
New York, NY 10151
T: (646) 820-2083
bryce@sagacitylaw.com
*Counsel for Defendants*
*Panos Seretis and*
*Foodoni NY 23 Corp.*