Jones
Law Firm, P.C.

T. Bryce Jones, Esq.
Jones Law Firm, P.C.
450 7th Avenue, Suite 1408
New York, NY 10123
(212) 258-0685
bryce@joneslawnyc.com

December 14, 2018
Judge Ann M. Donnelly
225 Cadman Plaza East
Courtroom 4GN
Brooklyn, New York 11201

Re: Defendants' Bankruptcy Status Update
Bonikos et al v. Foodoni NY 23 Corp. et al
1:17-cv-02162-AMD-RLM

Dear Judge Ann M. Donnelly:

I am writing this letter to provide you a brief update on the status of Panos Seretis's bankruptcy case, Case No. 18-11852-JLG-7.

First off, I want to sincerely apologize to the Court on behalf of my firm and the Defendants for the fact that the Court's December 5th status update deadline was not met. There has been attorney turnover on this case and there was a miscommunication about who would be filing the status update.

Mr. Seretis has retained Foley and Lardner, LLP for the bankruptcy proceeding. Yesterday they entered an appearance as substitute counsel on his bankruptcy petition which is still pending. Plaintiffs in 1:17-cv-02162-AMD-RLM have initiated an adversary proceeding. The bankruptcy of Foodoni NY 23 Corp. has concluded with no assets being identified for distribution to creditors.

Regards,

/s/ T. Bryce Jones
T. Bryce Jones, Esq.