T. Bryce Jones, Esq.
Jones Law Firm, P.C.
450 7th Avenue, Suite 1408
New York, NY 10123
(212) 258-0685
bryce@joneslawnyc.com

March 15, 2018
Judge Ann M. Donnelly
225 Cadman Plaza East
Courtroom 4GN
Brooklyn, New York 11201

      Re:  Bonikos et al v. Foodoni NY 23 Corp. et al

Dear Judge Ann M. Donnelly:

I am writing this letter to provide you a brief update on the status of Panos Seretis' personal bankruptcy case, Case No. 18-11852-JLG-7.

The bankruptcy proceedings continue. While I understand that the parties have come to a settlement agreement, the trustee has objected and the parties are bringing the matter before the bankruptcy court for a ruling.

Regards,

/s/ T. Bryce Jones
T. Bryce Jones, Esq.