T. Bryce Jones, Esq.
Jones Law Firm, P.C.
450 7th Avenue, Suite 1408
New York, NY 10123
(212) 258-0685
bryce@joneslawnyc.com

Jones
Law Firm, P.C.

December 14, 2018
Judge Ann M. Donnelly
225 Cadman Plaza East
Courtroom 4GN
Brooklyn, New York 11201

      Re:  Defendants' Bankruptcy Status Update
           Bonikos et al v. Foodoni NY 23 Corp. et al
           1:17-cv-02162-AMD-RLM

Dear Judge Ann M. Donnelly:

I am writing this letter to provide you a brief update on the status of Panos Seretis's bankruptcy case, Case No. 18-11852-JLG-7.

The parties in the adversary action have reached a settlement that is expected to be approved by the bankruptcy judge. A court hearing is scheduled for May 9.

Regards,

/s/ T. Bryce Jones
T. Bryce Jones, Esq.